STATE OF NEW JERSEY v. ROBERT COTTON.

STATE OF NEW JERSEY v. EDDIE VASSER.

July 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. EDDIE VASSER.

July 11, 1985.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. ROBERT COTTON.

July 11, 1985.

Cross-petition for certification denied.

BOARD OF EDUCATION OF THE VILLAGE OF RIDGEWOOD
v. BARRY F. DEETZ.

July 11, 1985.

Petition for certification denied.